# Court of Appeals
# of the State of Georgia

ATLANTA,     May 14, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0366.  DIANE WILLIAMS v. US BANK NATIONAL ASSOCIATION.**

Diane Williams, through attorney Grady Roberts, has filed an application for discretionary review of the magistrate court's April 7, 2015, order in this dispossessory action.  On the same day Williams filed this application, she also filed a notice of appeal seeking review before the superior court.

As we have repeatedly advised attorney Roberts, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991). This Court may only address magistrate court matters that already have been reviewed by the state or superior court.  See id.; *Westwind Corp. v. Washington Federal Savings & Loan Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990).  Therefore, we lack jurisdiction to review this application.  In addition, because Williams simultaneously appealed the same magistrate court order to the superior court, this application is superfluous and is hereby DISMISSED as such.

Pursuant to Court of Appeals Rule 15, this Court may penalize a party or an attorney for filing an application for discretionary appeal that is determined to be frivolous. Because Grady Roberts has ignored established Georgia law and this Court's repeated instruction that an appeal from a magistrate court ruling must be appealed to the state or superior court before it may be challenged here, we hereby impose a penalty of $1000 for filing this frivolous application.  This penalty is imposed against attorney Grady Roberts, not against applicant Diane Williams.  In accordance with the provisions described in Rule 15 (c), the trial court is DIRECTED

to enter this judgment in favor of US Bank National Association and against attorney Grady Roberts and his firm, Roberts Law, LLC.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* __05/14/2015__
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*